UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOYA TINSLEY,

      Plaintiff,

                                    Case No. 1:24-cv-4

v.

                                    HON. JANE M. BECKERING

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Dominic Vela (named as c/o Unknown Vela) filed a Motion for Summary Judgment (ECF No. 38). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 45) on January 12, 2026, recommending that this Court grant the motion and terminate this case. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 45) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 38) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on

other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

   A Judgment will be entered consistent with this Order.

Dated: February 17, 2026          _/s/ Jane M. Beckering_____
                  JANE M. BECKERING
                  United States District Judge